Daniel H. Qualls, Bar No. 109036
Robin G. Workman, Bar No. 145810
**QUALLS & WORKMAN, LLP**
244 California Street, Suite 410
San Francisco, CA 94111
Telephone: (415) 782-3660
Facsimile: (415) 788-1028

David Sanford, D.C. Bar No. 457933
Meenoo Chahbazi, CA Bar No. 233985
**SANFORD, WITTELS & HEISLER, LLP**
1666 Connecticut Avenue, N.W., Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7780
Facsimile: (202) 742-7776

Grant Morris, D.C. Bar No. 926253
**LAW OFFICES OF GRANT E. MORRIS**
1666 Connecticut Avenue, N.W., Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7783
Facsimile: (202) 742-7776

*Attorneys for Plaintiff and all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE D. WATSON-SMITH, AND ALL OTHER SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>SPHERION PACIFIC WORKFORCE, LLC, AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>Defendants. | No.  CV-07-05774 JSW<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff Valerie D. Watson-Smith hereby demands a trial by jury.

Date: 11/14/2007

QUALLS & WORKMAN, L.L.P.

By: _____
Daniel H. Qualls
Attorneys for Plaintiff