| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
|   | Gerald L. Maatman (GMaatman@seyfarth.com) (*pro hac vice pending*) |
| 2 | 131 South Dearborn Street, Suite 2400 |
|   | Chicago, IL 60603 |
| 3 | Telephone: (312) 460-5000 |
|   | Facsimile: (312) 460-7000 |
| 4 | |
|   | SEYFARTH SHAW LLP |
| 5 | Samuel T. McAdam (SMcAdam@seyfarth.com) (SBN 186084) |
|   | Alfred L. Sanderson, Jr. (ASanderson@seyfarth.com) (SBN 186071) |
| 6 | 400 Capitol Mall, Suite 2350 |
|   | Sacramento, California 95814-4428 |
| 7 | Telephone: (916) 448-0159 |
|   | Facsimile: (916) 558-4839 |
| 8 | |
|   | Attorneys for Defendants |
| 9 | Spherion Atlantic Enterprises, LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VALERIE D. WATSON-SMITH, AND ALL OTHER SIMILARLY SITUATED, | ) ) ) | Case No. C 07-05774 JSW |
| Plaintiff, | ) ) | **PROOF OF SERVICE** |
| v. | ) ) | |
| SPHERION PACIFIC WORKFORCE, LLC, and DOES 1 through 100, inclusive | ) ) ) | |
| Defendant. | ) ) ) ) | |

# PROOF OF SERVICE

STATE OF CALIFORNIA   )
                     ) ss
COUNTY OF SACRAMENTO )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 400 Capitol Mall, Suite 2350, Sacramento, California 95814-4428. On November 15, 2007, I served the within documents:

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

**CIVIL STANDING ORDERS; STANDING ORDERS FOR AL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

**NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION**

**BLANK CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

**ECF REGISTRATION INFORMATION HANDOUT**

**HAND OUT "WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO"**

[X] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at 400 Capitol Mall, Suite 2350, Sacramento, California 95814, addressed as set forth below.

[ ] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

| | |
|---|---|
| Grant Morris | David Sanford |
| Law Office of Grant E. Morris | Meenoo Chahbazi |
| 1666 Connecticut Avenue, N.W., Suite 310 | Sanford, Wittels & Heisler LLP |
| Washington, D.C. 20009 | 1666 Connecticut Avenue, N.W., Suite 310 |
| (202) 742-7783 | Washington, D.C. 20009 |
| (202) 742-7776 | (202) 742-7780 |
| **BY MAIL** | (202) 742-7776 |
| | **BY MAIL** |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on November 15, 2007, at Sacramento, California.

*Diana Gomez* (signature)
Diana Gomez

PROOF OF SERVICE

SCI 17088288.1