SEYFARTH SHAW LLP
Gerald L. Maatman (GMaatman@seyfarth.com) (*pro hac vice pending*)
131 South Dearborn Street, Suite 2400
Chicago, IL 60603
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

SEYFARTH SHAW LLP
Samuel T. McAdam (SMcAdam@seyfarth.com) (SBN 186084)
Alfred L. Sanderson, Jr. (ASanderson@seyfarth.com) (SBN 186071)
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendants
Spherion Atlantic Enterprises, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| VALERIE D. WATSON-SMITH, AND ALL OTHER SIMILARLY SITUATED,<br><br>    Plaintiff,<br><br>v.<br><br>SPHERION PACIFIC WORKFORCE, LLC, and DOES 1 through 100, inclusive<br><br>    Defendant. | Case No. C 07-05774 JSW<br><br>**PROOF OF SERVICE** |
|---|---|

# PROOF OF SERVICE

STATE OF CALIFORNIA   )
                     ) ss
COUNTY OF SACRAMENTO )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 400 Capitol Mall, Suite 2350, Sacramento, California 95814-4428. On November 14, 2007, I served the within documents:

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

**CIVIL STANDING ORDERS; STANDING ORDERS FOR AL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT**

**NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION**

**BLANK CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

**ECF REGISTRATION INFORMATION HANDOUT**

**HAND OUT "WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO"**

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at 400 Capitol Mall, Suite 2350, Sacramento, California 95814, addressed as set forth below.

☒ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Daniel H. Qualls
Robin G. Workman
Qualls & Workman LLP
244 California Street, Suite 410
San Francisco, CA 94111
(415) 782-3660
(415) 788-1028
**BY HAND DELIVERY VIA COURIER**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on November 14, 2007, at Sacramento, California.

_____
Diana Gomez

PROOF OF SERVICE

SC1 17088288.1