UNITED STATES DISTRICT COURT
For the Northern District of California

**RECEIVED**

*E-Filing*

UNITED STATES  DISTRICT COURT

NOV 2 6 2007

Northern District of California

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

VALERIE D. WATSON-SMITH, on
behalf of herself and all others similarly
situated,

             Plaintiff(s),

v.

SPHERION PACIFIC WORKFORCE,
LLC, and Does 1 through 100, inclusive,

             Defendant(s).
                               /

**CASE NO.  CV-07-5774 JSW**

~~(Proposed)~~
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE***

David Sanford               , an active member in good standing of the bar of

the District of Columbia           whose business address and telephone number

(particular court to which applicant is admitted)

is

Sanford, Wittels & Heisler, LLP
1666 Connecticut Avenue, N.W., Suite 310, Washington, DC 20009
Telephone: (202) 742-7780

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing  Plaintiffs

     IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated: **NOV 2 9 2007**

_____
United States District    Judge
Jeffrey S. White