UNITED STATES DISTRICT COURT

Northern District of California

Valerie D. Watson-Smith, et al.

CASE NO. C 07 05774 JSW

Plaintiff(s),

v.

Spherion Pacific Workforce LLC

Defendant(s).

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Gerald L. Maatman , an active member in good standing of the bar of 7th Cir., App; North, Central, South Dist. of IL whose business address and telephone number (particular court to which applicant is admitted) is

131 South Dearborn Street, Suite 2400, Chicago, IL, 60603, (312) 460-5000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Spherion Pacific Workforce LLC .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: DEC 0 7 2007

*Jeffrey S. White*
United States Magistrate Judge
Jeffrey S. White