1  SEYFARTH SHAW LLP
   Samuel T. McAdam (SBN 186084)
2  Alfred L. Sanderson, Jr. (SBN 186071)
   Anthony J. Musante (SBN 252097)
3  400 Capitol Mall, Suite 2350
   Sacramento, California 95814-4428
4  Telephone: (916) 448-0159
   Facsimile: (916) 558-4839
5
   Attorneys for Defendants
6  Spherion Atlantic Enterprises, LLC

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 VALERIE D. WATSON-SMITH, AND ALL          )  Case No. C 07 05774 JSW
   OTHER SIMILARLY SITUATED,                 )
11                                           )  **SPHERION ATLANTIC**
                   Plaintiff,                )  **ENTERPRISES, LLC'S**
12                                           )  **CERTIFICATION OF INTERESTED**
         v.                                  )  **ENTITIES OR PERSONS PURSUANT**
13                                           )  **TO LOCAL RULE 3-16**
   SPHERION PACIFIC WORKFORCE, LLC,          )
14 and DOES 1 through 100, inclusive         )
                                             )
15                 Defendant.                )  Superior Court of California, County of
                                             )  Alameda Case Number: 07348378
16                                           )
                                             )  Complaint Filed: September 27, 2007
17 _____)

18

19       Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed

20 corporations have a financial interest in the subject matter in controversy or in a party to the

21 proceeding:

22       Spherion Corporation.

23       Spherion Atlantic Enterprises, LLC is a wholly-owned subsidiary of Spherion

24 Corporation, and was formerly known as Spherion Pacific Workforce, LLC.

25

26

27

28 SPHERION ATLANTIC ENTERPRISES, LLC'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
                              PURSUANT TO LOCAL RULE 3-16
   SC1 17090948.1

| | | |
|---|---|---|
| 1 | DATED: February 15, 2008 | SEYFARTH SHAW LLP |

By:    /s/ Anthony J. Musante
      Samuel T. McAdam
      Alfred L. Sanderson, Jr.
      Anthony J. Musante
Attorneys for Defendants
SPHERION ATLANTIC ENTERPRISES, LLC