UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**Date:** February 22, 2008                                         **JUDGE:** Jeffrey S. White

**Case No:** C-07-5774 JSW

**Case Name:** Valerie D. Watson-Smith; et al. v. Spherion Pacific Workforce, LLC; et al.

**Attorney(s) for Plaintiff:** Dan Qualls

**Attorney(s) for Defendant:** Fred Sanderson

**Deputy Clerk**: Frank Justiliano            **Court Reporter**: Kathy Wyatt

**PROCEEDINGS:** Case Management Conference

Initial Case Management Conference - HELD.

**The Court directs the parties to discuss with their clients and report back to the Court, in the form of a joint pleading , stating if the parties will or will not consent to assignment of a Magistrate Judge to this case by 2/29/08.**

**Continued to: 6/20/08 @ 1:30 P.M. for Further CMC**

**PRETRIAL SCHEDULE:**

**Plaintiff's Motion for Class Certification: 10/3/08 @ 9:00 A.M.**
**Expert Designation: 1/9/09**
**Hearing on Dispositive Motion: 1/30/09 @ 9:00 A.M.**
**Rebuttal Expert Designation: 2/9/09**
**Discovery Cut-Off: 2/27/09**
**Defendant's Motion for Class Decertification Cut-Off: 4/24/09 @ 9:00 A.M.**
**Pretrial Conference: 7/13/09 @ 2:00 P.M.**
**Trial: 8/10/09 at 8:30 a.m., for  days, by [x] Jury  [] Court**

**Order to be prepared by:**   [] Pl [] Def  [x]  Court

**cc: chambers**