1  Daniel H. Qualls, Bar No. 109036
   Robin G. Workman, Bar No. 145810
2  **QUALLS & WORKMAN, LLP**
   244 California Street, Suite 410
3  San Francisco, CA 94111
   Telephone: (415) 782-3660
4  Facsimile: (415) 788-1028

5  David Sanford, D.C. Bar No. 457933
   Meenoo Chahbazi, CA Bar No. 233985
6  **SANFORD, WITTELS & HEISLER, LLP**
   1666 Connecticut Avenue, N.W., Suite 310
7  Washington, D.C. 20009
   Telephone: (202) 742-7780
8  Facsimile: (202) 742-7776

9  Grant Morris, D.C. Bar No. 926253
   **LAW OFFICES OF GRANT E. MORRIS**
10 1666 Connecticut Avenue, N.W., Suite 310
   Washington, D.C. 20009
11 Telephone: (202) 742-7783
   Facsimile: (202) 742-7776
12
   *Attorneys for Plaintiff*
13
   SEYFARTH SHAW LLP
14 Samuel T. McAdam (SBN 186084)
   Alfred L. Sanderson, Jr. (SBN 186071)
15 Anthony J. Musante (SBN 252097)
   400 Capitol Mall, Suite 2350
16 Sacramento, California 95814-4428
   Telephone: (916) 448-0159
17 Facsimile: (916) 558-4839

18 Attorneys for Defendant
   Spherion Atlantic Enterprises, LLC, sued herein as
19 Spherion Pacific Workforce, LLC

20                UNITED STATES DISTRICT COURT

21                NORTHERN DISTRICT OF CALIFORNIA

22 VALERIE D. WATSON-SMITH, AND ALL        ) No. C07-05774
   OTHERS SIMILARLY SITUATED,              )
23                                         )
                Plaintiff,                 )
24                                         ) **JOINT DECLINATION TO PROCEED**
       vs.                                 ) **BEFORE MAGISTRATE JUDGE**
25                                         )
   SPHERION PACIFIC WORKFORCE, LLC, and    )
26 DOES 1 through 100, inclusive,          )
                                           )
27              Defendants.                )

28

JOINT DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
-1-

1  The parties, in response to the Court's request that they reconsider assignment of this
2  matter to a United States Magistrate Judge, have met and conferred. After meeting and conferring,
3  and consulting with their respective clients, the parties hereby respectfully decline assignment to a
4  United States Magistrate Judge and request this matter remains assigned to United States District
5  Judge Jeffrey S. White.

Date: February 28, 2008                    QUALLS & WORKMAN, L.L.P.


                                           By:      /s/
                                                 Daniel H. Qualls
                                                 Attorney for Plaintiff Valerie Watson-Smith,
                                                 and all others similarly situated


Date: February 28, 2008                    SEYFARTH SHAW, LLP


                                           By:      /s/  Anthony J. Musante
                                                 Alfred L. Sanderson Jr.
                                                 Attorney for Defendant
                                                 Spherion Atlantic Enterprises, LLC

JOINT DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
-2-