# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Watson-Smith, | 07-05774 JSW ENE |
| Plaintiff(s), | **Notice of Appointment of Evaluator** |
| v. | |
| Spherion Atlantic Enterprises, LLC, | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

**Sandra R. McCandless**
Sonnenschein, Nath & Rosenthal
525 Market St., 26th Fl.
San Francisco, CA 94105-2708
415-882-2412
srm@sonnenschein.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program.  The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE.  The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-05774 JSW ENE                                    - 1 -

1  Counsel are reminded that the written ENE statements required by the ADR L.R.
2  5-8 shall NOT be filed with the court.

4  Dated: March 5, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
07-05774 JSW ENE                - 2 -