UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE D. WATSON-SMITH, | No. C 07-5774 JSW (WDB) |
| Plaintiff, | CLERK'S NOTICE OF DISCOVERY REFERRAL AND TO SET DATE AND TIME FOR TELEPHONE CONFERENCE |
| v. | |
| SPHERION ATLANTIC ENTERPRISES, LLC, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter has been referred to Magistrate Judge Wayne D. Brazil for all discovery matters, including the current discovery dispute filed on March 19, 2008. Magistrate Judge Brazil will hold a telephone conference to discuss this dispute with counsel on Tuesday, April 1, 2008, at 2:00 p.m. To appear for the conference, Plaintiff's counsel, Mr. Daniel H. Qualls, must get counsel for Defendant on the line and then call the Court at (510) 637-3909 a few minutes before 2:00 p.m. on April 1, 2008.

Dated: March 28, 2008

Richard W. Wieking, Clerk
United States District Court

*Sarah Weinstein*

By: Sarah Weinstein
Law Clerk/Deputy Clerk