UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE JUDGE WAYNE D. BRAZIL**

CIVIL MINUTE ORDER

Date: April 1, 2008              Start Time: 2:00 p.m.    End Time:   2:25 p.m.

DOCKET NO.          C 07-5774 JSW (WDB)
TITLE OF CASE       *Watson-Smith v. Spherion*

ATTORNEY(S)         For Plaintiff:  Dan Qualls, Esq.

                    For Defendant:  Fred Sanderson, Esq.


TAPE NO.: FTR 4/01/08 2:00 p.m.   () In Person  (X) Telephonic F

PROCEEDINGS

[] INITIAL STATUS CONFERENCE              [] SETTLEMENT CONFERENCE (1ST)
[] FOLLOW-UP STATUS CONFERENCE            [] FOLLOW-UP SETTLEMENT CONF.
[] PRETRIAL CONF. (NOT FINAL)             [X] DISCOVERY CONF. (INFORMAL)
[] FINAL PRETRIAL CONFERENCE              [] DISCOVERY HEARING (FORMAL)
[] NONDISPOSITIVE MOTION (ORDER ONLY)     [] EXAM. OF JUDGMENT DEBTOR
[] NONDISPOSITIVE MOTION (OPINION)        [] EVIDENTIARY HEARING
[] OTHER:


ORDER TO BE PREPARED BY:  () Plaintiff    () Defendant    (x) Court


**NOTES**
    Court held discovery conference regarding depositions noticed under FRCP 30(b)(6) by Plaintiffs. See later-filed separate order.

1