Daniel H. Qualls, Bar No. 109036
Robin G. Workman, Bar No. 145810
**QUALLS & WORKMAN, LLP**
244 California Street, Suite 410
San Francisco, CA 94111
Telephone: (415) 782-3660
Facsimile: (415) 788-1028

David Sanford, D.C. Bar No. 457933
Meenoo Chahbazi, CA Bar No. 233985
**SANFORD, WITTELS & HEISLER, LLP**
1666 Connecticut Avenue, N.W., Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7780
Facsimile: (202) 742-7776

Grant Morris, D.C. Bar No. 926253
**LAW OFFICES OF GRANT E. MORRIS**
1666 Connecticut Avenue, N.W., Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7783
Facsimile: (202) 742-7776

Attorneys for Plaintiff

SEYFARTH SHAW LLP
Samuel T. McAdam (SBN 186084)
Alfred L. Sanderson, Jr. (SBN 186071)
Anthony J. Musante (SBN 252097)
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
**Facsimile: (916) 558-4839**

Attorneys for Defendant
SPHERION ATLANTIC ENTERPRISES, LLC, sued herein as
SPHERION PACIFIC WORKFORCE, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE D. WATSON-SMITH, AND ALL OTHER SIMILARLY SITUATED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SPHERION PACIFIC WORKFORCE, LLC, and DOES 1 through 100, inclusive<br><br>　　　　Defendant. | Case No. C 07 05774 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE**<br><br>**(NORTHERN DISTRICT LOCAL RULE 5-5)** |

STIPULATION AND [PROPOSED] ORDER TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE

SC1 17092941.1

On February 6, 2008, Judge White referred this matter to Early Neutral Evaluation ("ENE"). The parties (defendant Spherion Atlantic Enterprises LLC and Plaintiff Valerie Watson-Smith) were assigned a deadline of May 8, 2008 to complete the ENE. The parties held a pre-ENE telephone conference with assigned evaluator Sandra McCandless on May 5, 2008. During the pre-ENE telephone conference, the parties and the evaluator discussed the status of this pending action, and the fact that disputes regarding Plaintiff's discovery requests did not enable the Plaintiff to review important information requested from Defendant before proceeding with an ENE. Evaluator McCandless voiced her concern that proceeding with the ENE at this stage of the litigation may not be beneficial to the parties due to the pending disputes. The parties and Ms. McCandless agreed that it would be more beneficial to continue the deadline for completing the ENE for six months so the parties will be in a better position to analyze their respective positions and prepare for the evaluation. Ms. McCandless suggested, and the parties agreed, that the parties should request that the Court continue the deadline for completing the ENE six months.

**IT IS STIPULATED AS FOLLOWS:**

The deadline for completing the ENE in this matter shall be continued from May 8, 2008 November 7, 2008. The parties have met-and-conferred and agree that the continuance of the ENE is justified, due to discovery disputes and their impact upon the parties ability to participate effectively in an ENE. .

**IT IS SO STIPULATED.**

DATED: May ____, 2008                              SEYFARTH SHAW LLP

                                                   By_____/s/Anthony J. Musante_____
                                                        Alfred L. Sanderson Jr.
                                                        Anthony J. Musante
                                                   Attorneys for Defendant SPHERION
                                                   ATLANTIC ENTERPRISES, LLC

-2-
STIPULATION AND [PROPOSED] ORDER TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE

SC1 17092941.1

1  DATED: May ____, 2008                    QUALLS AND WORKMAN, LLP

2

3                                           By____/s/Daniel H. Qualls_____
                                                  Daniel H. Qualls
                                            Attorney for Plaintiff Valerie Watson-Smith,
4                                           and all others similarly situated.

5

6

7                            **ORDER**

8     The Stipulation of the Parties is adopted by the Court.

9     **IT IS SO ORDERED.**

10

11  DATED: _____    _____
                                           District Judge Jeffrey S. White
12

-3-
STIPULATION AND [PROPOSED] ORDER TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE

SC1 17092941.1