1   Daniel H. Qualls, Bar No. 109036
    Robin G. Workman, Bar No. 145810
2   **QUALLS & WORKMAN, LLP**
    244 California Street, Suite 410
3   San Francisco, CA 94111
    Telephone: (415) 782-3660
4   Facsimile: (415) 788-1028

5   David Sanford, D.C. Bar No. 457933
    Meenoo Chahbazi, CA Bar No. 233985
6   **SANFORD, WITTELS & HEISLER, LLP**
    1666 Connecticut Avenue, N.W., Suite 310
7   Washington, D.C. 20009
    Telephone: (202) 742-7780
8   Facsimile: (202) 742-7776

9   Grant Morris, D.C. Bar No. 926253
    **LAW OFFICES OF GRANT E. MORRIS**
10  1666 Connecticut Avenue, N.W., Suite 310
    Washington, D.C. 20009
11  Telephone: (202) 742-7783
    Facsimile: (202) 742-7776

12  Attorneys for Plaintiff

13  SEYFARTH SHAW LLP
    Samuel T. McAdam (SBN 186084)
14  Alfred L. Sanderson, Jr. (SBN 186071)
    Anthony J. Musante (SBN 252097)
15  400 Capitol Mall, Suite 2350
    Sacramento, California 95814-4428
16  Telephone: (916) 448-0159
    **Facsimile: (916) 558-4839**
17
    Attorneys for Defendant
18  SPHERION ATLANTIC ENTERPRISES, LLC, sued herein as
    SPHERION PACIFIC WORKFORCE, LLC
19
20              UNITED STATES DISTRICT COURT

21              NORTHERN DISTRICT OF CALIFORNIA

22  VALERIE D. WATSON-SMITH, AND ALL        )  Case No. C 07 05774 JSW
    OTHER SIMILARLY SITUATED,               )
23                                          )  **STIPULATION AND [PROPOSED]**
                                            )  **ORDER TO CONTINUE EARLY**
            Plaintiff,                      )  **NEUTRAL EVALUATION**
24                                          )  **CONFERENCE**
        v.                                  )
25                                          )  **(NORTHERN DISTRICT LOCAL**
    SPHERION PACIFIC WORKFORCE, LLC,        )  **RULE 5-5)**
26  and DOES 1 through 100, inclusive       )
                                            )
27          Defendant.                      )
                                            )

28      STIPULATION AND [PROPOSED] ORDER TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE

    SC1 17092941.1

1   On February 6, 2008, Judge White referred this matter to Early Neutral Evaluation

2   ("ENE"). The parties (defendant Spherion Atlantic Enterprises LLC and Plaintiff Valerie

3   Watson-Smith) were assigned a deadline of May 8, 2008 to complete the ENE. The parties held

4   a pre-ENE telephone conference with assigned evaluator Sandra McCandless on May 5, 2008.

5   During the pre-ENE telephone conference, the parties and the evaluator discussed the status of

6   this pending action, and the fact that disputes regarding Plaintiff's discovery requests did not

7   enable the Plaintiff to review important information requested from Defendant before proceeding

8   with an ENE. Evaluator McCandless voiced her concern that proceeding with the ENE at this

9   stage of the litigation may not be beneficial to the parties due to the pending disputes. The

10  parties and Ms. McCandless agreed that it would be more beneficial to continue the deadline for

11  completing the ENE for six months so the parties will be in a better position to analyze their

12  respective positions and prepare for the evaluation. Ms. McCandless suggested, and the parties

13  agreed, that the parties should request that the Court continue the deadline for completing the

14  ENE six months.

15  **IT IS STIPULATED AS FOLLOWS:**

16  The deadline for completing the ENE in this matter shall be continued from May 8, 2008

17  November 7, 2008. The parties have met-and-conferred and agree that the continuance of the

18  ENE is justified, due to discovery disputes and their impact upon the parties ability to participate

19  effectively in an ENE. .

20  **IT IS SO STIPULATED.**

21  DATED: May ____, 2008                    SEYFARTH SHAW LLP

22

23                                          By____/s/Anthony J. Musante_____
                                                   Alfred L. Sanderson Jr.
24                                                 Anthony J. Musante
                                            Attorneys for Defendant SPHERION
25                                          ATLANTIC ENTERPRISES, LLC

26

27                                          -2-

28  STIPULATION AND [PROPOSED] ORDER TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE

SCI 17092941.1

1   DATED: May ____, 2008                     QUALLS AND WORKMAN, LLP

2
                                              By_____/s/Daniel H. Qualls_____
3                                                     Daniel H. Qualls
                                              Attorney for Plaintiff Valerie Watson-Smith,
4                                             and all others similarly situated.

5

6

7                                    ORDER

8          The Stipulation of the Parties is adopted by the Court.

9          **IT IS SO ORDERED.**

10

11  DATED:  __May 12, 2008_____        _____
                                             District Judge Jeffrey S. White
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                       -3-
28  STIPULATION AND [PROPOSED] ORDER TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE

SC1 17092941.1