# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE:  JEFFREY S. WHITE**          **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**:  June 20, 2008                        **Court Reporter**: Lydia Zinn

**CASE NO. C-07-5774  JSW**

**TITLE:**  Valerie D. Watson-Smith v. Spherion Pacific Workforce, LLC

**COUNSEL FOR PLAINTIFF:**           **COUNSEL FOR DEFENDANT:**

Dan Qualls                                      Alfred Sanderson, Jr.

**PROCEEDINGS:  Further Case Management Conference**

**RESULTS:**    Counsel shall confer with clients and submit a joint consent / declination for reassignment to a Magistrate Judge for All Purposes by 6-27-08.

**Deadline to file motion for leave to amend to add a PAGA claim and to amend the class definition: 7-28-08**  (Counsel shall meet and confer prior to filing such motions)

**Deadline for filing motion to certify is extended to 11-14-08**

**Motion to Certify the Class remains as previously scheduled:  4-24-09 at 9:00 a.m.**

**Further CMC:  10-17-08 at 1:30 p.m.**