Daniel H. Qualls, Bar No. 109036
Robin G. Workman, Bar No. 145810
**QUALLS & WORKMAN, LLP**
244 California Street, Suite 410
San Francisco, CA 94111
Telephone: (415) 782-3660
Facsimile: (415) 788-1028

David Sanford, D.C. Bar No. 457933
Meenoo Chahbazi, CA Bar No. 233985
**SANFORD, WITTELS & HEISLER, LLP**
1666 Connecticut Avenue, N.W., Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7780
Facsimile: (202) 742-7776

Grant Morris, D.C. Bar No. 926253
**LAW OFFICES OF GRANT E. MORRIS**
1666 Connecticut Avenue, N.W., Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7783
Facsimile: (202) 742-7776

*Attorneys for Plaintiff*

SEYFARTH SHAW LLP
Samuel T. McAdam (SBN 186084)
Alfred L. Sanderson, Jr. (SBN 186071)
Anthony J. Musante (SBN 252097)
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant
Spherion Atlantic Enterprises, LLC, sued herein as
Spherion Pacific Workforce, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE D. WATSON-SMITH, AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>SPHERION PACIFIC WORKFORCE, LLC, and DOES 1 through 100, inclusive,<br><br>Defendants. | No. C07-05774<br><br>**JOINT DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE** |

JOINT DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
-1-

SC1 17094551.1

The parties, in response to the Court's request that they reconsider assignment of this matter to a United States Magistrate Judge, have met and conferred. After meeting and conferring, and consulting with their respective clients, the parties hereby respectfully decline assignment to a United States Magistrate Judge and request this matter remains assigned to United States District Judge Jeffrey S. White.

Date: June 27, 2008

QUALLS & WORKMAN, L.L.P.

By: /s/
Daniel H. Qualls
Attorney for Plaintiff Valerie Watson-Smith, and all others similarly situated

Date: June 27, 2008

SEYFARTH SHAW, LLP

By: /s/ Anthony J. Musante
Alfred L. Sanderson Jr.
Attorney for Defendant
Spherion Atlantic Enterprises, LLC

JOINT DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
-2-

SC1 17094551.1