```
 1  Daniel H. Qualls, Bar No. 109036
    Robin G. Workman, Bar No. 145810
 2  QUALLS & WORKMAN, LLP
    244 California Street, Suite 410
 3  San Francisco, CA 94111
    Telephone: (415) 782-3660
 4  Facsimile: (415) 788-1028

 5  David Sanford, D.C. Bar No. 457933
    Meenoo Chahbazi, CA Bar No. 233985
 6  SANFORD, WITTELS & HEISLER, LLP
    1666 Connecticut Avenue, N.W., Suite 310
 7  Washington, D.C. 20009
    Telephone: (202) 742-7780
 8  Facsimile: (202) 742-7776

 9  Grant Morris, D.C. Bar No. 926253
    LAW OFFICES OF GRANT E. MORRIS
10  1666 Connecticut Avenue, N.W., Suite 310
    Washington, D.C. 20009
11  Telephone: (202) 742-7783
    Facsimile: (202) 742-7776
12
    Attorneys for Plaintiff
13
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE D. WATSON-SMITH, AND ALL OTHERS SIMILARLY SITUATED,<br><br>    Plaintiff,<br><br>vs.<br><br>SPHERION PACIFIC WORKFORCE, LLC, and DOES 1 through 100, inclusive,<br><br>    Defendants. | No. C07-05774<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>**Date: October 3, 2008**<br>**Time: 9:00 a.m.**<br>**Courtroom: 2**<br>**Judge: Honorable Jeffrey S. White** |

TO EACH PARTY AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE on October 3, 2008, at 9:00 a.m. or as soon thereafter as the matter can be heard in Courtroom 2 of the above-entitled court, located at 450 Golden Gate Avenue, San Francisco, California, Plaintiff will move the above-entitled court for an order granting Plaintiff's Motion For Leave To File First Amended Complaint. This motion is made on

1 | the grounds the amendment sought is made in good faith, is not futile, and will not cause prejudice
2 | to Defendant Spherion.
3 |       This motion will be based on this Notice, the Memorandum of Points and Authorities filed
4 | herewith, and the Declaration of Daniel H. Qualls filed herewith, the complete files and records in
5 | this action, and such other argument and documents as may be presented at the hearing on this
6 | Motion.
7 |
8 | DATE: July 28, 2008                      QUALLS & WORKMAN, L.L.P.

By: _____/s/_____
Daniel H. Qualls
Attorney for Plaintiff

NOTICE OF MOTION         -2-         3154\AMEND\NOTOFMOTION.DOC