**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE D. WATSON-SMITH, | |
| Plaintiff, | No. C 07-05774 JSW |
| v. | |
| SPHERION PACIFIC WORKFORCE, LLC., | **ORDER SETTING BRIEFING SCHEDULE ON MOTION TO FOR LEAVE TO AMEND** |
| Defendant. | |

This matter is set for a hearing on October 3, 2008 on Plaintiff's motion for leave to file a first amended complaint. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than August 6, 2008 and a reply brief shall be filed by no later than August 13, 2008.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: July 29, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE
by the Honorable Phyllis J. Hamilton