1    SEYFARTH SHAW LLP
     Gerald L. Maatman, Jr. (SBN 06181016)
2    131 South Dearborn Street, Suite 2400
     Chicago, IL 60603
3    Telephone: (312) (312) 460-5000
     Facsimile: (312) 460-7000
4

5    SEYFARTH SHAW LLP
     Samuel T. McAdam (SBN 186084)
     Alfred L. Sanderson, Jr. (SBN 186071)
6    Anthony J. Musante (SBN 252097)
     400 Capitol Mall, Suite 2350
7    Sacramento, California 95814-4428
     Telephone: (916) 448-0159
8    Facsimile: (916) 558-4839

9    Attorneys for Defendant
     Spherion Atlantic Enterprises, LLC sued herein as
10    Spherion Pacific Workforce, LLC

11                UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 13   VALERIE D. WATSON-SMITH, AND ALL OTHER SIMILARLY SITUATED, | )   Case No. C 07 05774 JSW. |
| 14 | ) |
|           Plaintiff, | )   **DECLARATION OF ALFRED L. SANDERSON JR. IN SUPPORT OF** |
| 15 | )   **DEFENDANT SPHERION ATLANTIC ENTERPRISES LLC'S OPPOSITION** |
|          v. | )   **TO PLAINTIFF'S MOTION FOR** |
| 16 | )   **LEAVE TO FILE FIRST AMENDED** |
|   SPHERION PACIFIC WORKFORCE, LLC, | )   **COMPLAINT** |
| 17   and DOES 1 through 100, inclusive | ) |
| 18          Defendant. | )   Date: October 3, 2008 |
| | )   Time: 9:00 a.m. |
| 19 | )   Courtroom: 2 |
| 20 | )   Judge: Honorable Jeffrey S. White |

21       I, Alfred L. Sanderson Jr., declare as follows:

22       1.      I am an attorney licensed to practice in the State of California. I am an attorney

23 with the law firm of Seyfarth Shaw LLP, attorneys of record for defendant Spherion Atlantic

24 Enterprises LLC. This declaration is based on my own personal knowledge, and if called upon

25 to do so, I could and would competently testify to the matters set forth herein.

26       2.      Attached hereto as **Exhibit A** are true and correct copies of relevant portions of

27 Defendant's 30(b)(6) witness, Joan Orzo's, deposition transcripts.

28

1    3.    Attached hereto as **Exhibit B** is a true and correct copy of a document produced

2 in discovery by defendant to plaintiff bearing the bates stamp D0025.

3    I declare under penalty of perjury under the laws of the State of California that the

4 foregoing is true and correct.  Executed on August 6, 2008, in Sacramento, California.

5

6    /s/ Alfred L. Sanderson, Jr.
    Alfred L. Sanderson Jr.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-
DECLARATION OF ALFRED L. SANDERSON JR. IN OPPOSITION TO
PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT
SC1 17005699 1