# EXHIBIT A

DEPOSITION OF JOAN L. ORZO

VALERIE D. WATSON-SMITH

vs.

SPHERION PACIFIC WORKFORCE, LLC.

May 30, 2008

CONDENSED TRANSCRIPT AND KEYWORD INDEX



**BARKLEY**
Court Reporters

(212) 808-8500 New York
(702) 366-0500 Las Vegas
(310) 207-8000 Los Angeles
(915) 922-5777 Sacramento
(858) 455-5444 San Diego
(949) 955-0400 Irvine
(408) 885-0550 San Jose
(951) 686-0606 Riverside
(415) 433-5777 San Francisco
(760) 322-2240 Palm Springs
(818) 702-0202 Woodland Hills

**Page 26**

1   Q   Do you have any duties or responsibilities
2   regarding meal period records for Spherion employees?
3       MR. SANDERSON: Objection. Vague.
4       THE WITNESS: Can you repeat the question for
5   me, please.
6       MR. QUALLS: Yes, ma'am.
7       Could you read back the question, please.
8       (The deposition officer read back the question
9   as follows:
10      "QUESTION: Do you have any duties or
11  responsibilities regarding meal period records for
12  Spherion employees?")
13      THE WITNESS: I don't have responsibility for
14  records.
15  BY MR. QUALLS
16  Q   Before coming here today, did you undertake
17  any investigation to learn information regarding
18  Spherion procedures and policies regarding meal period
19  records for Spherion employees?
20      MR. SANDERSON: Objection. Vague.
21      THE WITNESS: If I understand your question
22  correctly, you want to know if I did anything special
23  before coming here --
24  BY MR. QUALLS
25  Q   Yes, ma'am.

**Page 27**

1   A   -- in that regard?
2   Q   Yes, ma'am.
3   A   No.
4   Q   To your knowledge, when branch personnel
5   process manual meal period records for Spherion
6   employees, do they read the records to determine if the
7   records depict meal periods not taken?
8   A   I -- I don't have any knowledge of that.
9   Q   To your knowledge, does that take place?
10  A   No.
11  Q   When branch managers -- excuse me. Withdraw
12  the question.
13      When branch personnel process manual time
14  sheets for Spherion employees, is any effort made to
15  determine if Spherion employees are entitled to an
16  additional hour of compensation for missed meal breaks?
17      MR. SANDERSON: Objection. Vague, ambiguous.
18  Calls for a legal conclusion.
19  BY MR. QUALLS
20  Q   You can answer.
21  A   If it's -- as people are processing time
22  sheets, if they notice an employee is not taking a
23  lunch, we would typically go back to the client and ask
24  them why, to find out what took place there.
25  Q   And how do you know that happens?

**Page 28**

1   A   I don't.
2   Q   You have no knowledge of whether or not that
3   ever takes place; correct?
4   A   I don't have firsthand knowledge, no.
5   Q   Has anyone ever told you that that process
6   takes place?
7   A   Yes.
8   Q   Who?
9   A   Managers will call, and they'll say that they
10  have seen an employee that hasn't taken a lunch, and
11  what should they do about that. I tell them they need
12  to go back and find out why.
13  Q   In a circumstance where an employee has not
14  taken a lunch, as depicted on a manual time sheet, is
15  the employee paid an extra hour of compensation?
16  A   They're paid for the time that they worked.
17  Q   Are they paid an additional hour's
18  compensation, where the meal period record depicts a
19  meal period not taken?
20  A   I don't know.
21  Q   Have you ever instructed anyone at any time
22  that employees for whom meal period records maintained
23  manually or electronically depict a meal period not
24  taken, they are to be paid an extra hour of
25  compensation?

**Page 29**

1   A   I've told managers that's a potential,
2   depending upon the circumstances.
3   Q   Have you ever instructed anyone to pay an
4   employee an extra hour of compensation for a meal period
5   not taken as depicted on a meal period record?
6   A   I've never been asked that question. So no.
7   Q   To your knowledge, has Spherion ever paid an
8   employee an additional hour of compensation where the
9   employee's meal period record depicts a meal period not
10  taken?
11      MR. SANDERSON: Objection. Calls for
12  speculation.
13  BY MR. QUALLS
14  Q   You can answer.
15  A   I have no knowledge of that.
16  Q   To your knowledge, do pay statements provided
17  to Spherion employees identify compensation paid for the
18  absence of meal period breaks?
19      MR. SANDERSON: Objection. Vague and
20  ambiguous.
21      Do you understand it?
22      THE WITNESS: I do. I think I do. If I
23  understand it correctly, you're asking if the pay
24  statement that a temporary employee would receive would
25  show where they were paid when they didn't take a meal

```
 1  break?
 2  BY MR. QUALLS
 3    Q  Yes.
 4    A  Is that correct?
 5    Q  Yes.
 6    A  I don't have that information. I don't know.
 7    Q  Have you ever seen such a pay statement?
 8    A  No.
 9    Q  Has anyone ever told you that such a pay
10  statement has ever existed?
11    A  No.
12       MR. SANDERSON: Can I get clarification.
13  Maybe I don't understand. Maybe I'm the only one.
14  You're talking about a pay statement that would show the
15  additional hour of compensation, not the time worked?
16       MR. QUALLS: Or hours. Additional
17  compensation for missed meal period breaks.
18       MR. SANDERSON: In terms of -- the penalty
19  wage; right?
20       MR. QUALLS: Well, yes. We can quibble over
21  what it is. But right. The compensation for a missed
22  meal period break.
23       MR. SANDERSON: That's how you understood it;
24  right?
25       THE WITNESS: That it would reflect that
                      Page 30
```

```
 1  additional hour. That's the question you asked; right?
 2  BY MR. QUALLS
 3    Q  Yes, ma'am.
 4    A  And I'm not aware of that, no.
 5    Q  Is it the policy and practice of Spherion to
 6  pay an additional hour of compensation where a meal
 7  period record depicts a meal period not taken by a
 8  Spherion employee?
 9    A  Again, it would have to be determined as to
10  why the meal period was missed.
11    Q  Is that policy and practice written anywhere?
12    A  Spherion has a reference manual that outlines
13  the required meal period for California employees, and
14  further states -- again, this isn't exact, but it
15  further states something to the effect that if in fact a
16  meal period is not offered, an employee may be due an
17  additional eight hour -- an additional one hour of
18  compensation.
19       Again, I don't think that's exact. I think
20  that's my paraphrasing, but...
21    Q  Is it the policy and practice of Spherion that
22  only in the circumstance where a meal period is not
23  offered to an employee, is a Spherion employee entitled
24  to an additional hour of compensation for a missed meal
25  period?
                      Page 31
```

```
 1    A  If it's not offered?
 2    Q  Yes, ma'am.
 3    A  If it's not offered and if in fact -- yeah, if
 4  it's not offered. Right.
 5    Q  If a meal period record -- withdraw the
 6  question.
 7       I'm going to ask questions about meal period
 8  records today. I'm going to include in that description
 9  all types of records, be they manual, electronic, or
10  otherwise.
11       Do you understand, ma'am?
12    A  I do.
13    Q  If a meal period record of a Spherion employee
14  depicts a meal period taken after five hours of work, is
15  it the policy and practice of Spherion to pay the
16  employee an additional hour of compensation?
17    A  Repeat the question for me, please.
18       MR. QUALLS: Sure.
19       Repeat the question, please.
20       (The deposition officer read back the question
21  as follows:
22       "QUESTION: If a meal period record of a
23  Spherion employee depicts a meal period taken after five
24  hours of work, is it the policy and practice of Spherion
25  to pay the employee an additional hour of
                      Page 32
```

```
 1  compensation?")
 2       THE WITNESS: It would not be. Meals have to
 3  be offered after five hours. Or should be offered after
 4  five hours of work.
 5  BY MR. QUALLS
 6    Q  If a meal period record depicts a meal period
 7  taken of less than 30 minutes, is it the policy and
 8  practice of Spherion to pay the employee an additional
 9  hour of compensation?
10    A  We would pay them for the time worked.
11    Q  Would they be paid for an additional hour of
12  compensation?
13    A  Again, it would have to be determined as to
14  why they didn't take their lunch.
15    Q  In the circumstance where a meal period record
16  depicts a meal period of less than 30 minutes, is it the
17  policy and practice of Spherion to pay an additional
18  hour of compensation only if a meal period is not
19  offered?
20       MR. SANDERSON: Objection. Vague.
21       THE WITNESS: I understand your question.
22  You're saying that a meal period has not been offered at
23  all, and a meal period of less than 30 minutes has been
24  recorded.
25  BY MR. QUALLS
                      Page 33
```

## Page 42

1  (The deposition officer read back the answer
2  as follows:
3  "ANSWER: Yes.")
4  BY MR. QUALLS
5  Q  More than 2,000?
6  MR. SANDERSON: Objection. Asked and
7  answered.
8  THE WITNESS: I would say yes.
9  BY MR. QUALLS
10 Q  More than 3,000?
11 A  Probably.
12 Q  More than 4,000?
13 A  I don't have the answer to that question.
14 Q  Now with respect to temporary personnel, is it
15 your testimony that client or client personnel schedule
16 their meal periods?
17 A  They provide work schedules to Spherion, and
18 if meals are not included in that work schedule, we
19 would ask the client to include them for our personnel.
20 Q  My question is more specific than that.
21 A  Uh-huh.
22 Q  Does client or client personnel schedule meal
23 periods for temporary personnel?
24 A  No.
25 Q  Who schedules the meal periods?

## Page 43

1  A  Spherion adopts the work schedules to the
2  client we work for. If in fact meal periods are not
3  outlined in that work schedule, we would request that
4  one be included for our people.
5  Q  And who is responsible for -- withdraw the
6  question.
7  Is it the case that temporary -- withdraw the
8  question.
9  Is it the case that client or client personnel
10 provide Spherion branch personnel with schedules for
11 flexible staff?
12 A  Clients contact us with the work schedules
13 they need covered. I think that's the answer to your
14 question.
15 Q  Is that before the temporary personnel is
16 placed at their site?
17 A  Yes.
18 Q  So, for example, a client would contact the
19 branch personnel and say I need a full-time
20 receptionist?
21 A  Uh-huh.
22 Q  Is that correct?
23 A  Correct. And they would typically say it's
24 Monday through Friday from 8:00 to 5:00 or whatever
25 hours they would need covered.

## Page 44

1  Q  Do they provide any other scheduling
2  information in that step of the process to Spherion?
3  A  I don't have firsthand knowledge of any of the
4  order received information.
5  Q  Does -- are branch personnel instructed that
6  they are to ensure that schedules provided by clients
7  for temporary personnel that have yet to begin working
8  at a client site specifically include a meal period
9  break?
10 MR. SANDERSON: Objection. Vague.
11 THE WITNESS: I don't have knowledge of that.
12 BY MR. QUALLS
13 Q  Have you ever instructed branch personnel to
14 do so?
15 A  I have not. Personally.
16 Q  To your knowledge, has anyone ever instructed
17 branch personnel to do so?
18 A  Not to my knowledge.
19 Q  Do clients provide written schedules to branch
20 personnel for flexible staff before flexible staff
21 arrive at a client site?
22 A  I don't know.
23 Q  Are clients required, to your knowledge, to
24 provide branch personnel with written schedules for
25 temporary personnel before temporary personnel work on a

## Page 45

1  client site?
2  A  I have no knowledge of that.
3  Q  Are written contracts entered into between
4  clients and Spherion before flexible staff are assigned
5  to a client site?
6  A  Sometimes.
7  Q  Is it the case that if a client is a
8  continuing client, there is a contract in place and that
9  additional future placements are made pursuant to an
10 existing contract?
11 A  Sometimes.
12 Q  Are you aware of any contract terms between a
13 client and Spherion that specifically address the
14 subject of meal periods for flexible staff?
15 A  No.
16 Q  Is it the policy and practice of Spherion to
17 place flexible staff with clients without any specific
18 contractual requirement that clients provide meal period
19 breaks?
20 MR. SANDERSON: Objection. Vague.
21 BY MR. QUALLS
22 Q  You can answer.
23 A  I don't have any information -- I don't -- I
24 can't answer that.
25 Q  Are you aware of any contractual requirement