# EXHIBIT B

spherion.
workforce architects

overtime block for that day. Hours should be totaled to the bottom of the card and should be calculated by column at the end of the work week.

If you are absent on the day of timecard submission, you will still need to contact thru email or phone call your Spherion manager of your hours worked by end of business on Friday. Returning to work, complete the card and email it when you return to the office. If you are planning to take vacation, make sure that you complete an *advance* time card and submit it prior to your departure.

Prompt submission of your time card is crucial to timely payroll processing.

**Note: It is very important that all information is documented accurately on your timesheet!! Employees who falsify timesheets will be subject to disciplinary action up to and including termination.**

spherion

Weekly time record

Account Name: Cisco Systems

Important For Employee: By executing this form, the Employee Certified that this form is true and accurate and that no injuries were suffered.

Employee Name:
Site Manager:
HR Asst:

Week ending:
**Time Card will calculate from Reg hours - Other, then give a total on each line

Total Hours Worked

| Day | Time In | Length of Lunch | Time Out | Reg Hours | Over Time | Holiday | PTO | Sick | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Monday | | | | | | | | | | |
| Tuesday | | | | | | | | | | |
| Wednesday | | | | | | | | | | |
| Thursday | | | | | | | | | | |
| Friday | | | | | | | | | | |
| Saturday | | | | | | | | | | |
| Sunday | | | | | | | | | | |
| TOTAL HOURS | | | | | | | | | | |

Property of Spherion – Confidential    24
Rev. 2/2008

D0025