SEYFARTH SHAW LLP
Gerald L. Maatman, Jr. (SBN 06181016)
131 South Dearborn Street, Suite 2400
Chicago, IL 60603
Telephone: (312) (312) 460-5000
Facsimile: (312) 460-7000

SEYFARTH SHAW LLP
Samuel T. McAdam (SBN 186084)
Alfred L. Sanderson, Jr. (SBN 186071)
Anthony J. Musante (SBN 252097)
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839

Attorneys for Defendant
Spherion Atlantic Enterprises, LLC sued herein as
Spherion Pacific Workforce, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE D. WATSON-SMITH, AND ALL OTHER SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>SPHERION PACIFIC WORKFORCE, LLC, and DOES 1 through 100, inclusive<br><br>Defendant. | Case No. C 07 05774 JSW<br><br>**DECLARATION OF ALFRED L. SANDERSON JR. IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL**<br><br>Date: September 24, 2008<br>Time: 3:00 p.m.<br>Courtroom: 4<br>Judge: Hon. Wayne D. Brazil |

I, Alfred L. Sanderson Jr., declare as follows:

1.  I am an attorney with the law firm of Seyfarth Shaw LLP, attorneys of record for defendant Spherion Atlantic Enterprises, LLC ("Defendant"). I am licensed to practice in the

1 State of California. This declaration is based on my own personal knowledge, and if called upon to do so, I could and would testify to the matters set forth herein.

2. Defendant has produced over 1,500 pages of documents in this matter in response to plaintiff's discovery requests. Included among the documents are exemplars of manual and computer based timesheets used by Spherion employees (Bates numbers D00025, D00086-00151, D01152-01153). Defendant also has produced the staffing agreement between Spherion and Cisco (Bates numbers D01503-01530.)

3. On May 30, 2008, plaintiff took the deposition of Spherion's Federal Rule of Civil Procedure 30(b)(6) deponent Joan Orzo. True and correct copies of excerpts from Ms. Orzo's deposition are attached hereto as Exhibit A.

4. On August 14, 2008, defendant took the deposition of plaintiff Valerie Watson-Smith. True and correct copies of excerpts from Ms. Watson-Smith deposition are attached hereto as Exhibit B.

5. Spherion generated TAM or weekly recruiter reports by downloading information from Cisco's Management Metrics Center ("MMC"). The MMC contains information not only on Spherion's Cisco Recruiters, but also on Cisco's own recruiters. Because the data belongs to Cisco, Spherion does not have the authority to share the proprietary information.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 3rd day of September, 2008, in Sacramento, California.

_____
Alfred L. Sanderson Jr.