# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VALERIE D. WATSON-SMITH, AND ALL )
OTHERS SIMILARLY SITUATED, )
                     )
         Plaintiff,     )
                     )
        v.            )    No. C07-05774
                     )
SPHERION PACIFIC WORKFORCE, LLC, )
and DOES 1 through 100, )
inclusive, )
                     )
        Defendants.    )
                     )

DEPOSITION OF JOAN L. ORZO

May 30, 2008

Karen Moon, CSR # 12450

✵ 263590

BARKL
Court Repor

(310) 207-8000 Los Angeles    (949) 955-0400 Irvine    (415) 433-5777 San Frar
(212) 808-8500 New York    (915) 922-5777 Sacramento    (408) 885-0550 San Jose    (760) 322-2240 Palm Spr
(702) 366-0500 Las Vegas    (858) 455-5444 San Diego    (951) 686-0606 Riverside    (818) 702-0202 Woodlan

Spherion Corporation
Watson-Smith, et al. v. Spherion Corp.
34991-000231

S778111

DEP 2/1

1              (The deposition officer read back the answer

2    as follows:

3              "ANSWER:  Yes.")

4    BY MR. QUALLS

5         Q  . More than 2,000?

6              MR. SANDERSON:  Objection.  Asked and

7    answered.

8              THE WITNESS:  I would say yes.

9    BY MR. QUALLS

10        Q    More than 3,000?

11        A    Probably.

12        Q    More than 4,000?

13        A    I don't have the answer to that question.

14        Q    Now with respect to temporary personnel, is it

15   your testimony that client or client personnel schedule

16   their meal periods?

17        A    They provide work schedules to Spherion, and

18   if meals are not included in that work schedule, we

19   would ask the client to include them for our personnel.

20        Q    My question is more specific than that.

21        A .  Uh-huh.

22        Q    Does client or client personnel schedule meal

23   periods for temporary personnel?

24        A    No.

25        Q    Who schedules the meal periods?

42

BARKLEY
Court Reporters

1       A    Spherion adopts the work schedules to the

2   client we work for.  If in fact meal periods are not

3   outlined in that work schedule, we would request that

4   one be included for our people.

5       Q    And who is responsible for -- withdraw the

6   question.

7            Is it the case that temporary -- withdraw the

8   question.

9            Is it the case that client or client personnel

10  provide Spherion branch personnel with schedules for

11  flexible staff?

12      A    Clients contact us with the work schedules

13  they need covered.  I think that's the answer to your

14  question.

15      Q    Is that before the temporary personnel is

16  placed at their site?

17      A    Yes.

18      Q    So, for example, a client would contact the

19  branch personnel and say I need a full-time

20  receptionist?

21      A    Uh-huh.

22      Q    Is that correct?

23      A    Correct.  And they would typically say it's

24  Monday through Friday from 8:00 to 5:00 or whatever

25  hours they would need covered.

JOAN L. ORZO

BARKLEY
Court Reporters