1    SEYFARTH SHAW LLP
Gerald L. Maatman, Jr. (SBN 06181016)
2    131 South Dearborn Street, Suite 2400
Chicago, IL 60603
3    Telephone: (312) (312) 460-5000
Facsimile: (312) 460-7000
4

SEYFARTH SHAW LLP
5    Samuel T. McAdam (SBN 186084)
Alfred L. Sanderson, Jr. (SBN 186071)
6    Anthony J. Musante (SBN 252097)
400 Capitol Mall, Suite 2350
7    Sacramento, California 95814-4428
Telephone: (916) 448-0159
8    Facsimile: (916) 558-4839

9    Attorneys for Defendant
Spherion Atlantic Enterprises, LLC sued herein as
10    Spherion Pacific Workforce, LLC

11

12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE D. WATSON-SMITH, AND ALL OTHER SIMILARLY SITUATED, | Case No. C 07 05774 JSW |
| Plaintiff, | **DECLARATION OF ALFREDO ECHEVERRIA IN SUPPORT OF DEFENDANT SPHERION ATLANTIC ENTERPRISES, INC.'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL** |
| v. | |
| SPHERION PACIFIC WORKFORCE, LLC, and DOES 1 through 100, inclusive | |
| Defendant. | Date: September 24, 2008 |
| | Time: 3:00 p.m. |
| | Courtroom:  4 |
| | Judge: Hon. Wayne D. Brazil |

I, Alfredo Echeverria, declare:

1. I am an HR analysis and reporting manager at Spherion Atlantic Enterprises LLC. I have personal knowledge of the facts set forth in this declaration and if called as a witness, I would and could testify to the truth of these matters.

2. In my capacity as HR analysis and reporting manager, my current duties include human resources reporting and resource metrics. I am generally familiar with Spherion Atlantic's operations and have familiarity with the company's human resources systems and

DECLARATION OF ALFREDO ECHEVERRIA

SC1 17096509.1

1  databases.  I have performed queries of Spherion's data related to Spherion's clientele in

2  California and am generally familiar with the results of those queries.  I am also familiar with the

3  number of branches, divisions, franchisees, and licensees conducting business in California.

4        3.      Spherion is a staffing company that recruits employees for job assignments in

5  United States (including California) and Canada.  Spherion's clients include businesses,

6  government agencies, non-profit entities, and other organizations.  Spherion serves many

7  different industries including:  retail, construction, legal services, manufacturing,

8  pharmaceuticals, commercial and residential real estate, insurance, mortgage and loan,

9  automotive, plumbing, financial services and banking, securities, consumer credit, engineering,

10  waste collection, education, public utilities, airline, cable and internet, media, business services,

11  packaging and shipping, food services, beverage and wine, bottling, computers and electronics,

12  entertainment and motion picture, transportation, travel and hotel, agriculture, marketing and

13  advertising, telecommunications, publishing, internet, information technology, charitable and

14  religious, military, county and city government, and numerous state agencies.

15        4.      There are currently over 600 local Spherion offices throughout the United States.

16  Over the last four years there have been between 45 and 58 local offices in California.  Among

17  these offices there are a number of Spherion-operated branch offices throughout the state, client-

18  specific offices catering to a particular client, and offices run by franchisees and licensees.  In

19  California, there are currently 9 Spherion licensees (in Bakersfield, Fresno, Goleta, Monterey,

20  Oxnard, Palm Desert, Salinas, Stockton, and Visalia) and 2 Spherion franchises (in Chico and

21  Redding).

22        5.      Spherion serves over 3000 clients with over 15,000 locations on thousands of

23  projects and assignments.  Spherion's clients range from large fortune 500 companies to small

24  local (mom-and-pop) businesses.  Spherion's clients also include government agencies,

25  charitable and religious organizations, and non-profit entities.

26

27

28

SC1 17096509.1

1    6.    Each year Spherion recruits thousands of individuals in California for assignments
2  at thousands of different locations with thousands of different clients.  Spherion employees have
3  thousands of different job titles and perform thousands of different job duties.  Many
4  assignments have short duration.  There is a high attrition rate due to the nature of Spherion's
5  business.

6    7.    My understanding is that the plaintiff in this case has asked for the full name,
7  address, e-mail address, telephone number, occupation or job title and employer from September
8  27, 2003 to the present of all flexible/temporary staff working on a customer site without the
9  presence of Spherion supervisory personnel.  Compiling an accurate and comprehensive list of
10  this information would be an incredibly difficult task.  To my knowledge a task like this has
11  never been done before at Spherion.  During the time period requested (September 2003 to the
12  present), Spherion has maintained multiple employee database systems, which would contain the
13  requested information.  Some of these systems are no longer in operation and are archived.
14  Spherion has acquired several companies during the requested time period and not all data from
15  these companies was immediately transitioned over to Spherion's systems, which would create
16  further difficulties.   In addition, some of the requested information, particularly employee job
17  descriptions, would have to be manually generated for thousands of employees as this
18  information is not contained in any of the human resources databases/systems that Spherion has
19  used since September 2003.

20    8.    Because Spherion has never generated a list like the one requested, it is difficult
21  to estimate the amount of time it would take to gather this information and produce it in an
22  accurate and usable format.  Such a task would be beyond my ability to complete and Spherion
23  would need to hire an information technology consultant to assist with this project.  I would
24  estimate that it would take five weeks of a consultant's time (roughly 200 hours) to work on this
25  project.  A qualified consultant in this area would cost approximately $100 per hour.  I would
26  further estimate that such a project would take at least two weeks of my time and at least one

27

28

-3-
DECLARATION OF ALFREDO ECHEVERRIA

1   other Spherion employee's time at approximately $50 per hour.  Total cost for the project would

2   be approximately  $28,000 ([200 hours x $ per hour] + [160 hours x $50 per hour]), but could

3   easily exceed this amount if difficulties were encountered with the data.  This estimate does not

4   include the time it would take for an individual or group of individuals to separately look up job

5   descriptions for the thousands of California employees working at thousands of different

6   locations throughout the state.  To the extent this could even be done, it would take hundreds if

7   not thousands of hours.

8           I declare under penalty of perjury under the laws of the State of California that the

9   foregoing is true and correct.  Executed on August 27, 2008, in   Fort Lauderdale  ,

10  Florida.

11

12                                            _____
                                                    Alfredo Echeverria
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
                                            -4-
28                      DECLARATION OF ALFREDO ECHEVERRIA

SC1 17096509.1