1   Daniel H. Qualls, Bar No. 109036
    Robin G. Workman, Bar No. 145810
2   **QUALLS & WORKMAN, LLP**
    244 California Street, Suite 410
3   San Francisco, CA 94111
    Telephone: (415) 782-3660
4   Facsimile: (415) 788-1028

5   David Sanford, D.C. Bar No. 457933
    Meenoo Chahbazi, CA Bar No. 233985
6   **SANFORD, WITTELS & HEISLER, LLP**
    1666 Connecticut Avenue, N.W., Suite 310
7   Washington, D.C. 20009
    Telephone: (202) 742-7780
8   Facsimile:  (202) 742-7776

9   Grant Morris, D.C. Bar No. 926253
    **LAW OFFICES OF GRANT E. MORRIS**
10  1666 Connecticut Avenue, N.W., Suite 310
    Washington, D.C. 20009
11  Telephone: (202) 742-7783
    Facsimile:  (202) 742-7776

12  Attorneys for Plaintiff

13  SEYFARTH SHAW LLP
    Samuel T. McAdam (SBN 186084)
14  Alfred L. Sanderson, Jr. (SBN 186071)
    Anthony J. Musante (SBN 252097)
15  400 Capitol Mall, Suite 2350
    Sacramento, California 95814-4428
16  Telephone: (916) 448-0159
    Facsimile: (916) 558-4839
17
18  Attorneys for Defendant
    SPHERION ATLANTIC ENTERPRISES, LLC, sued herein as
19  SPHERION PACIFIC WORKFORCE, LLC

                    UNITED STATES DISTRICT COURT
20
                    NORTHERN DISTRICT OF CALIFORNIA
21
22  VALERIE D. WATSON-SMITH, AND ALL      )   Case No. C 07 05774 JSW
    OTHER SIMILARLY SITUATED,             )
23                                        )   **SECOND STIPULATION AND**
                   Plaintiff,             )   **[PROPOSED] ORDER TO CONTINUE**
24                                        )   **EARLY NEUTRAL EVALUATION**
              v.                          )   **CONFERENCE**
25                                        )
    SPHERION PACIFIC WORKFORCE, LLC,      )   **(NORTHERN DISTRICT LOCAL**
26  and DOES 1 through 100, inclusive     )   **RULE 5-5)**
                                          )
27                 Defendant.             )

28  STIPULATION AND [PROPOSED] ORDER TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE

    SC1 17098512.1

1    On February 6, 2008, Judge White referred this matter to Early Neutral Evaluation

2 ("ENE"). The parties (defendant Spherion Atlantic Enterprises, LLC and Plaintiff Valerie

3 Watson-Smith) were initially assigned a deadline of May 8, 2008 to complete the ENE. The

4 parties held a pre-ENE telephone conference with assigned evaluator Sandra McCandless on

5 May 5, 2008. During the pre-ENE telephone conference, the parties and the evaluator discussed

6 the status of this pending action, and the fact that there were ongoing discovery disputes

7 regarding the scope of the putative classes in the action. Evaluator McCandless voiced her

8 concern that proceeding with the ENE at this stage of the litigation may not be beneficial to the

9 parties due to the pending disputes and uncertainty regarding the scope of the putative classes.

10 The parties and Ms. McCandless agreed that it would be more beneficial to continue the deadline

11 for completing the ENE for six additional months so the parties would be in a better position to

12 analyze their respective positions and prepare for the evaluation. Ms. McCandless suggested,

13 and the parties agreed, that the parties should request that the Court continue the deadline for

14 completing the ENE six months. On May 12, 2008, the Court extended the deadline to

15 November 7, 2008.

16    On October 24, 2008, the parties and Ms. McCandless held a second pre-ENE telephone

17 conference. As with the previous conference, the parties and Ms. McCandless agreed that due to

18 the case's posture, the ENE at this stage of the litigation would not be beneficial to the parties.

19 Specifically, due to the pending Motion to Amend the Pleadings and Motion to Compel currently

20 before the court, the parties and Ms. McCandless agreed that the parties should request that the

21 Court continue the deadline for completing the ENE for four additional months.

22    **IT IS STIPULATED AS FOLLOWS:**

23    The deadline for completing the ENE in this matter shall be continued from November 7,

24 2008 to March 6, 2009. The parties have met and conferred and agree that the continuance of the

25 ENE is justified, due to the unresolved discovery disputes and uncertainties regarding the scope

26 of the putative classes in the case.

27

28
                                              -2-
      STIPULATION AND [PROPOSED] ORDER TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE

SC1 17098512.1

1   **IT IS SO STIPULATED.**

2   DATED: November 7, 2008                              SEYFARTH SHAW LLP

3

4                                                        By_____/s/ Alfred L. Sanderson, Jr._____
                                                              Alfred L. Sanderson Jr.
5                                                             Anthony J. Musante
                                                         Attorneys for Defendant SPHERION
6                                                        ATLANTIC ENTERPRISES, LLC

7

8   DATED: November 7, 2008                              QUALLS AND WORKMAN, LLP

9                                                        By_____/s/ Daniel H. Qualls_____
                                                              Daniel H. Qualls
10                                                       Attorney for Plaintiff Valerie Watson-Smith,
                                                         and all others similarly situated.
11

12

13

14                                  **ORDER**

15          The Stipulation of the Parties is adopted by the Court.

16          **IT IS SO ORDERED.**

17

18   DATED:  November 10, 2008           _____
                                          District Judge Jeffrey S. White
19

20

21

22

23

24

25

26

27
                                         -3-
28   STIPULATION AND [PROPOSED] ORDER TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE

SC1 17098512.1