**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VALERIE D. WATSON-SMITH,

    Plaintiff,                 No. C 07-05774 JSW

    v.

SPHERION PACIFIC WORKFORCE, LLC.,    **ORDER GRANTING IN PART AND RESERVING IN PART PLAINTIFF'S ADMINISTRATIVE MOTION TO ALTER THE SCHEDULE**

    Defendant.

    Now before the Court is the administrative motion to alter the scheduling order filed by plaintiff Valerie D. Watson-Smith. The Court HEREBY GRANTS IN PART and DENIES IN PART Plaintiff's request. The Court VACATES the existing deadlines. However, the Court declines at this point to continue all existing deadlines for five months. The Court will reset such deadlines in its order addressing the pending motion for leave to amend.

    **IT IS SO ORDERED.**

Dated: November 12, 2008

                                                         JEFFREY S. WHITE
                                                         UNITED STATES DISTRICT JUDGE