IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VALERIE D. WATSON-SMITH,

    Plaintiff,                          No. C 07-05774 JSW

  v.

SPHERION PACIFIC WORKFORCE, LLC.,     **ORDER VACATING HEARING**

    Defendant.
                                             /

        The motion for motion for leave to amend filed by plaintiff Valerie D. Watson-Smith is currently set for hearing on Friday, December 12, 2008 at 9:00 a.m. This matter is now fully briefed and ripe for decision. The Court finds that this matter is appropriate for disposition without oral argument and is deemed submitted. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the hearing set for December 12, 2008 is HEREBY VACATED.

        **IT IS SO ORDERED.**

Dated: December 11, 2008

                                                  JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE