IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VALERIE D. WATSON-SMITH,

    Plaintiff,                         No. C 07-05774 JSW

  v.

SPHERION PACIFIC WORKFORCE, LLC.,     **ORDER TO SHOW CAUSE**

    Defendant.
_____/

This matter came before the Court for a case management conference on Friday, December 19, 2008. On October 14, 2008, the Court issued an order continuing the further case management conference scheduled in this matter to December 19, 2008. Counsel for Plaintiff was required, but failed, to appear for that case management conference.

Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing by no later than December 29, 2008, as to why this case should not be dismissed for failure to prosecute and why Plaintiff's counsel should not be sanctioned in the amount of $1000. Failure to respond to this Order by December 12, 2008, shall result in dismissal of this matter without prejudice and the issuance of sanctions against Plaintiff's counsel in the amount of $1000.

**IT IS SO ORDERED.**

Dated: December 19, 2008                                        JEFFREY S. WHITE
                                                                   UNITED STATES DISTRICT JUDGE