IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VALERIE D. WATSON-SMITH,

    Plaintiff,

v.

SPHERION PACIFIC WORKFORCE, LLC.,

    Defendant.

No. C 07-05774 JSW

**ORDER IMPOSING SANCTIONS**

Due to Plaintiff's counsel's failure to attend the case management conference on December 19, 2008, the Court HEREBY IMPOSES sanctions in the amount of $250.00 payable to the Clerk of the Court by no later than January 16, 2009. These sanctions are to be paid by counsel, and not his client. The Court will not dismiss Plaintiff's case.

The Court HEREBY RESETS the further case management conference for January 23, 2008 at 1:30 p.m. The parties shall file by no later than January 16, 2009, a revised joint case management statement. In their statement, the parties shall propose new dates for the deadlines vacated by the Court's Order dated November 12, 2008.

**IT IS SO ORDERED.**

Dated: January 5, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE