IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VALERIE D. WATSON-SMITH,

    Plaintiff,

v.

SPHERION PACIFIC WORKFORCE, LLC.,

    Defendant.
_____/

No. C 07-05774 JSW

**ORDER WITHDRAWING ORDER TO SHOW CAUSE**

    This matter came before the Court for a case management conference on Friday, January 23, 2009. The Court issued an order to show cause to Defendant's lead counsel for failure to appear. However, upon further reflection, it has come to the Court's attention that lead counsel are only required to appear at the initial case management conference. Therefore, the Court HEREBY WITHDRAWS the order to show cause issued against Alfred Sanderson at the case management conference.

    **IT IS SO ORDERED.**

Dated: January 26, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE