1    Daniel H. Qualls, Bar No. 109036
     Robin G. Workman, Bar No. 145810
2    **QUALLS & WORKMAN, LLP**
     244 California Street, Suite 410
3    San Francisco, CA 94111
     Telephone: (415) 782-3660
4    Facsimile: (415) 788-1028

5    David Sanford, D.C. Bar No. 457933
     **SANFORD, WITTELS & HEISLER, LLP**
6    1666 Connecticut Avenue, N.W., Suite 310
     Washington, D.C. 20009
7    Telephone: (202) 742-7780
     Facsimile:  (202) 742-7776

8    Grant Morris, D.C. Bar No. 926253
     **LAW OFFICES OF GRANT E. MORRIS**
9    1666 Connecticut Avenue, N.W., Suite 310
     Washington, D.C. 20009
10   Telephone: (202) 742-7783
     Facsimile:  (202) 742-7776
11
12   Attorneys for Plaintiff

13   SEYFARTH SHAW LLP
     Alfred L. Sanderson, Jr. (SBN 186071)
14   Anthony J. Musante (SBN 252097)
     400 Capitol Mall, Suite 2350
15   Sacramento, California 95814-4428
     Telephone: (916) 448-0159
16   Facsimile: (916) 558-4839

17   Attorneys for Defendant
     SPHERION ATLANTIC ENTERPRISES, LLC, sued herein as
18   SPHERION PACIFIC WORKFORCE, LLC

19                   UNITED STATES DISTRICT COURT

20                  NORTHERN DISTRICT OF CALIFORNIA

21   VALERIE D. WATSON-SMITH, AND ALL      )   Case No. C 07 05774 JSW
     OTHER SIMILARLY SITUATED,             )
22                                          )   **THIRD STIPULATION AND**
                                            )   **[PROPOSED] ORDER TO CONTINUE**
23              Plaintiff,                  )   **EARLY NEUTRAL EVALUATION**
                                            )   **CONFERENCE**
24         v.                               )
                                            )   **(NORTHERN DISTRICT LOCAL**
25   SPHERION PACIFIC WORKFORCE, LLC,       )   **RULE 5-5)**
     and DOES 1 through 100, inclusive      )
26                                          )
                Defendant.                  )
27

28     STIPULATION AND [PROPOSED] ORDER TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE

       SC1 17101124.1

1       On February 6, 2008, Judge White referred this matter to Early Neutral Evaluation

2 ("ENE"). The parties (defendant Spherion Atlantic Enterprises, LLC and Plaintiff Valerie

3 Watson-Smith) were initially assigned a deadline of May 8, 2008 to complete the ENE. The

4 parties held a pre-ENE telephone conference with assigned evaluator Sandra McCandless on

5 May 5, 2008. During the pre-ENE telephone conference, the parties and the evaluator discussed

6 the status of this pending action, and the fact that there were ongoing discovery disputes

7 regarding the scope of the putative classes in the action. Evaluator McCandless voiced her

8 concern that proceeding with the ENE at this stage of the litigation may not be beneficial to the

9 parties due to the pending disputes and uncertainty regarding the scope of the putative classes.

10 The parties and Ms. McCandless agreed that it would be more beneficial to continue the deadline

11 for completing the ENE for six additional months so the parties would be in a better position to

12 analyze their respective positions and prepare for the evaluation. Ms. McCandless suggested,

13 and the parties agreed, that the parties should request that the Court continue the deadline for

14 completing the ENE six months. On May 12, 2008, the Court extended the deadline to

15 November 7, 2008.

16       On October 24, 2008, the parties and Ms. McCandless held a second pre-ENE telephone

17 conference. As with the previous conference, the parties and Ms. McCandless agreed that due to

18 the case's posture, the ENE at this stage of the litigation would not be beneficial to the parties.

19 Specifically, due to the pending Motion to Amend the Pleadings and Motion to Compel currently

20 before the court, the parties and Ms. McCandless agreed that the parties should request that the

21 Court continue the deadline for completing the ENE for four additional months.

22       On February 4, 2009, the parties and Ms. McCandless held a third pre-ENE telephone

23 conference. As with the previous two conferences, the parties and Ms. McCandless agreed that

24 due to the case's posture, the ENE at this stage of the litigation would not be beneficial to the

25 parties. Once again, due to the pending Motion for Leave to File a Second Amended Complaint

26 currently before the court, the parties and Ms. McCandless agreed that the parties should request

27

28

-2-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE

SCI 17101124.1

1  that the Court continue the deadline for completing the ENE for one month.  In fact, the parties

2  and Ms. McCandless have scheduled an ENE for March 24, 2009 at 1:00 p.m.

3  **IT IS STIPULATED AS FOLLOWS:**

4  The deadline for completing the ENE in this matter shall be continued from March 6,

5  2009, to April 6, 2009.  The parties have met and conferred and agree that the continuance of the

6  ENE is justified, due to the uncertainty regarding the scope of the putative classes in the case.

7  **IT IS SO STIPULATED.**

8  DATED: February 12, 2009                    SEYFARTH SHAW LLP

9

10                                            By_____/s/ Alfred L. Sanderson, Jr.
                                                    Alfred L. Sanderson Jr.
11                                                  Anthony J. Musante
                                              Attorneys for Defendant SPHERION
12                                            ATLANTIC ENTERPRISES, LLC

13

14  DATED: February 12, 2009                    QUALLS AND WORKMAN, LLP

15

16                                            By_____/s/ Daniel H. Qualls_____
                                                    Daniel H. Qualls
                                              Attorney for Plaintiff Valerie Watson-Smith,
17                                            and all others similarly situated.

18

19

20                             **ORDER**

21  The Stipulation of the Parties is adopted by the Court.

22  **IT IS SO ORDERED.**

23

24  DATED:  _February 17, 2009_____        _____
                                              District Judge Jeffrey S. White
25

26

27                                  -3-
28  STIPULATION AND [PROPOSED] ORDER TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE

SCI 17101124.1