**United States District Court**
For the Northern District of California

1

2

3

4

5

6                 IN THE UNITED STATES DISTRICT COURT

7

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   VALERIE D. WATSON-SMITH,

10          Plaintiff,                          No. C 07-05774 JSW

11   v.

12   SPHERION PACIFIC WORKFORCE, LLC.,          **ORDER DENYING OBJECTION
                                                 AND AFFIRMING THE**
13          Defendant.                          **DISCOVERY ORDER**
                                         /
14

15          Now before the Court is the objection filed by Defendant to Magistrate Judge Brazil's

16   Discovery Order dated April 10, 2009 (the "Discovery Order").  Having carefully reviewed the

17   objection and considered Defendant's arguments and the relevant legal authority, and good

18   cause appearing, the Court hereby DENIES Defendant's objections and AFFIRMS the

19   Discovery Order.

20          The District Court may modify or set aside any portion of a magistrate's ruling on non-

21   dispositive pre-trial motions found to be "clearly erroneous or contrary to law."  Fed. R. Civ. P.

22   72(a); *see also, e.g., Grimes v. City and County of San Francisco*, 951 F.2d 236, 241 (9th Cir.

23   1991).  A ruling is clearly erroneous if the reviewing court, after considering the evidence, is

24   left with the "definite and firm conviction that a mistake has been committed." *United States v.*

25   *U.S. Gypsum Co.*, 333 U.S. 364, 395 (1948).

26   ///

27   ///

28   ///

1    After a careful review of the Discovery Order, this Court finds that the Judge Brazil's

2   ruling was not clearly erroneous or contrary to law.  Therefore, this Court DENIES Defendant's

3   Objections and AFFIRMS the Discovery Order dated April 10, 2009.

4        **IT IS SO ORDERED.**

5

6   Dated: April 23, 2009

7                                                        JEFFREY S. WHITE
                                                         UNITED STATES DISTRICT JUDGE

**United States District Court**

For the Northern District of California

2