IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE D. WATSON-SMITH, | |
| Plaintiff, | No. C 07-05774 JSW |
| v. | |
| SPHERION PACIFIC WORKFORCE, LLC., | **ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S ADMINISTRATIVE MOTION TO MODIFY PRETRIAL SCHEDULE** |
| Defendant. | |

Now before the Court is the administrative motion to modify the pretrial schedule filed by plaintiff Valerie D. Watson-Smith ("Plaintiff"). Despite the fact that Plaintiff filed this motion on the evening before her motion for class certification was due to be filed in violation of this Court's Standing Order and in excess of the five page limitation set forth in Civil L.R. 7-11(a), the Court finds that granting a limited extension is warranted. However, Plaintiff is admonished to comply with the Court's Standing Orders and the Civil Local Rules in the future. Plaintiff shall file her motion for class certification by no later than September 4, 2009.

The Court CONTINUES the last day to hear dispositive motions to December 4, 2009. The Court VACATES the Case Management Conference scheduled for August 14, 2009. The Court will continue the other deadlines in this matter if the Court grants Plaintiff's motion for class certification.

**IT IS SO ORDERED.**

Dated: May 7, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE