Daniel H. Qualls, Bar No. 109036
Robin G. Workman, Bar No. 145810
**QUALLS & WORKMAN, LLP**
244 California Street, Suite 410
San Francisco, CA 94111
Telephone: (415) 782-3660
Facsimile: (415) 788-1028

David Sanford, D.C. Bar No. 457933
Meenoo Chahbazi, CA Bar No. 233985
**SANFORD, WITTELS & HEISLER, LLP**
1666 Connecticut Avenue, N.W., Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7780
Facsimile: (202) 742-7776

Grant Morris, D.C. Bar No. 926253
**LAW OFFICES OF GRANT E. MORRIS**
1666 Connecticut Avenue, N.W., Suite 310
Washington, D.C. 20009
Telephone: (202) 742-7783
Facsimile: (202) 742-7776

*Attorneys for Plaintiff and all others similarly situated*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIE D. WATSON-SMITH, AND ALL OTHER SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>SPHERION PACIFIC WORKFORCE, LLC, AND DOES 1 THROUGH 100, INCLUSIVE,<br><br>Defendants. | No. CV-07-05774 JSW<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT**<br><br>**F.R.C.P. RULE 41** |

WHEREAS the parties have informed the Court that they have agreed to settle the individual claim of Plaintiff Valerie D. Watson-Smith (Watson-Smith) pursuant to the terms of a written settlement agreement; and

WHEREAS the parties have informed the Court that pursuant to the terms of the settlement agreement, Plaintiff Watson-Smith agrees to a dismissal of her individual claims, with prejudice.

The parties hereby stipulate to jointly request entry of an order dismissing the action, with prejudice, pursuant to the settlement agreement between the parties.

Dated: 10/27, 2009

QUALLS & WORKMAN, LLP

Daniel H. Qualls
Attorney for Plaintiff, Valerie D. Watson-Smith, and All Others Similarly Situated

Dated: 10/28, 2009

SEYFARTH SHAW, LLP

Alfred L. Sanderson, Jr.
Attorney for Defendant, Spherion Pacific Workforce, LLC

Pursuant to the stipulation of the parties, and good cause appearing, **IT IS HEREBY ORDERED** that the action be and is dismissed with prejudice, with each party to bear sole responsibility for their fees and costs. Said dismissal does not include, and is without prejudice to, any claims or rights of putative class members as identified in Plaintiff's Complaint.

Dated: November 13, 2009

Honorable Jeffrey S. White
United States District Court Judge